UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. |
| | : | |
| v. | : | |
| | : | VIOLATIONS: |
| | : | |
| MARION BLACKMON, | : | 18 U.S.C. § 1347 |
| | : | (Health care fraud) |
| Defendant. | : | |
| | : | |

## INFORMATION

The United States Attorney informs the Court that:

## INTRODUCTION

At all times relevant to this Information, the following insurance companies were private plans or contracts, affecting commerce, under which any medical benefit, item, or service was provided to any individual: State Farm, Liberty Mutual, GEICO, and the Hartford (hereinafter "the insurance companies").

At all times relevant to this Information, the defendant, **MARION BLACKMON**, was insured by State Farm.

On October 8, 2003, June 29, 2004, and August 29, 2004, the defendant was driving an automobile which was struck from behind by another car (hereinafter "the accidents").

At all times relevant to this Information, the defendant worked for the Department of Justice in the District of Columbia.

## COUNT ONE

From on or about October 8, 2003, and continuing until on or about May 9, 2005, within the District of Columbia and elsewhere, the defendant willfully and knowingly devised, and intended to devise, a scheme and artifice to defraud the insurance companies.

### Purpose of the Scheme and Artifice

It was a purpose of the scheme and artifice that the defendant would obtain money fraudulently from the insurance companies which she would use for her own benefit.

### The Scheme

It was a part of the scheme and artifice that the defendant would submit false claims to the insurance companies for wages allegedly lost due to the accidents.

It was a further part of the scheme and artifice that the defendant would prepare documents at her job in the District of Columbia to support her claims for lost wages.

It was a further part of the scheme and artifice that the documents would contain false information about the dates on which the defendant allegedly had used sick leave, false information about the defendant's position and salary, and false information about the persons allegedly signing the documents.

It was a further part of the scheme and artifice that the defendant would submit one or more documents containing false information to her insurance company, State Farm, for each accident.

It was a further part of the scheme and artifice that the defendant would submit one or more documents containing false information to her attorneys and the insurance companies of the other drivers for each accident.

From on or about October 8, 2003, and continuing until on or about May 9, 2005, within the District of Columbia and elsewhere, the defendant, **MARION BLACKMON**, knowingly and willfully did execute, and attempt to execute, a scheme and artifice to defraud health care benefit programs, and to obtain by means of false and fraudulent pretenses, representations, and promises, money owned by and under the custody and control of a healthcare benefit program, in connection with the delivery of, and payment for, health care benefits, items and services.

**(Health Care Fraud, in violation of Title 18, United States Code, Section 1347)**

Respectfully submitted,

Jeffrey A. Taylor
United States Attorney

By: _____/s/_____
Thomas E. Zeno
D.C. Bar No. 348623
Assistant United States Attorney
555 Fourth Street, NW, Room 5423
Washington, D.C. 20530
(202) 514-6957
Thomas.Zeno@usdoj.gov