U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

**FILED**
DEC 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA         :
                                 :
v.                               :
                                 :
MARION BLACKMON,                 :    Case No. 07-299 (RMU)
                                 :
Defendant.                       :

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this ___10th___ day of ___DECEMBER, 2007___ ORDERED:

   a time and date convenient to both parties

3. That if the defendant is released on bond that he or she be accompanied on _____ by __Special Agent Michael Lenz or other law enforcement officers__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __FBI__ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __Special Agent Michael Lenz or other law enforcement officers__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate) RICARDO M. URBINA

DOJ USA-16-1-80