```
                                                            FILED
      UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF COLUMBIA                       DEC 1 0 2007

                                                    NANCY MAYER WHITTINGTON, CLERK
                                                          U.S. DISTRICT COURT
```

UNITED STATES OF AMERICA          :
                                  :
               v.                 :       Criminal Action No.: 07-0299 (RMU)
                                  :
MARION BLACKMON,                  :
                                  :
          Defendant.               :

### S E N T E N C I N G  S C H E D U L I N G  O R D E R[1]

It is this 10th day of December 2007,

**ORDERED** that the sentencing in this matter be set for _March 13, 2008_ at _1:30_; and it is

**FURTHER ORDERED** that the probation officer assigned to this case disclose the draft pre-sentence investigation report to the parties 30 business days[2] after the date of the court's referral; and it is

**ORDERED** that counsel submit objections (if any) to the probation officer within 8 business days of that disclosure; and it is

**FURTHER ORDERED** that the probation officer disclose to the parties and file with the court the final pre-sentence investigation report within 8 business days of the submission of objections; and it is

**ORDERED** that any party wishing to submit a memorandum in aid of sentencing must do so no later than 8 business days after the probation officer discloses the final pre-sentence investigation report, with responses (if any) due 4 business days thereafter. These memoranda and any responses thereto must cite to supporting legal authority.

**SO ORDERED.**

                                          _____
                                                 Ricardo M. Urbina
                                            United States District Judge

---

[1] Revised January 2005.

[2] A "business day" is any day that is not a Saturday, Sunday, or "legal holiday" as defined by Federal Rule of Criminal Procedure 45(a).