UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,         :
                                  :
                                  :  Criminal No. 07-299
                                  :
       v.                         :
                                  :
MARION BLACKMON,                  :
                                  :
       Defendant                  :

FILED
DEC 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STATEMENT OF THE OFFENSE

Defendant Marion Blackmon ("Ms. Blackmon") agrees to the following statement of the offense.

On October 8, 2003, June 29, 2004, and August 29, 2004, Ms. Blackmon was involved in automobile accidents. Ms. Blackmon submitted claims for medical injuries to her insurance company, State Farm, as well as the insurance companies of the other drivers, GEICO, Liberty Mutual, and Hartford. These insurance companies are health care benefit programs, in that they are private plans or contracts, affecting commerce, under which medical benefits or services are provided to individuals.

While working in the District of Columbia for the Department of Justice, Ms. Blackmon prepared documents in order to support her claims for lost wages due to her absence from work because of injuries due to the accidents. The documents, some of which were written on Department of Justice letterhead, were dated as late as May 9, 2005. The documents contained false information about the dates on which she allegedly had used sick leave, false information about her position and salary, and false information about the persons allegedly signing the documents. Ms. Blackmon submitted one or more documents containing false information to her insurance company, State Farm, for each accident. She also submitted one or more documents containing false information to attorneys representing her and/or to the insurance companies of the other drivers. In total, Ms. Blackmon sought to obtain $26,825.56 for allegedly lost wages; but oly State Farm paid Ms. Blackmon for her claims, an amount of $3,766.75.

_____        _____
Marion Blackmon                   Date