**United States District Court for the District of Columbia**

FILED
DEC 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

MARION BLACKMON

WAIVER OF INDICTMENT

Case Number: 07- 0299    (RMU)

I, **Marion Blackmon**, the above named defendant, who is accused of **Health Care Fraud, Title 18, United States Code, Section 1347** and being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **December 10, 2007,** prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Ricardo M. Urbina
United States District Court Judge

Date: 12-10-07