NOTICE OF APPEARANCE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001

**FILED**

DEC 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
vs. )    Criminal No. 07-0299
)
Marion Blackman )
Defendant

To:  Nancy Mayer-Whittington, Clerk

You are hereby notified that I appear for the defendant indicated in the above entitled action.

I am appearing in this action as:          (Please check one)

☐ CJA          ☑ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

Pro Hac Vice

Lisa Winer #413258
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Lisa Winer
(Attorney's Name and Bar ID Number)

Lippman Semsker & Selb LLC
(Firm Name)

7979 Old Georgetown Rd
(Street Address) Suite 510

Bethesda, MD 20814
(City)       (State)       (Zip)

Telephone No: 301-656-6905