02/15/2008 FRI 14:35 FAX 301 656 6906 Lippman, Semsker & Salb                    ☒002/004

HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAR 13 2008
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES OF AMERICA  :  Docket No.: <u>07-CR-299</u>

vs.                       :

BLACKMON, Marion          :  Disclosure Date: <u>January 24, 2008</u>

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____              _____
**Prosecuting Attorney**                                    **Date**

**For the Defendant**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____              Lisa Wener  2/15/08
**Defendant            Date**                **Defense Counsel           Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **February 7, 2008**, to U.S. Probation Officer **Kelly Kraemer-Soares**, telephone number **(202) 565-1353**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Gennine A. Hagar, Chief
     United States Probation Officer

02/15/2008 FRI 14:35 FAX 301 656 6906 Lippman, Semsker & Salb                    ☒003/004



**LIPPMAN, SEMSKER & SALB, LLC**

Founded Solaman G. Lippman 1972 – 2002

February 15, 2008

Kelly Kraemer-Soares, U.S. Probation Agent
*VIA FACSIMILE TO 202-273-0193;*
*ORIGINAL TO FOLLOW VIA FIRST CLASS MAIL.*

    Re: <u>Marion Blackmon Presentence Investigation Report</u>

Dear Ms. Kraemer-Soares:

Enclosed herewith please find the signed Receipt and Acknowledgement and the Additions/Corrections of Ms. Blackmon.

Please contact me if further information is necessary.

Thank you for your cooperation in this matter.

Very truly yours,

LIPPMAN, SEMSKER & SALB, LLC

*[signature]*

by Lisa B. Winer, Esq.

Enclosure.
Cc: Thomas Zeno, Assistant United States Attorney

7700 Old Georgetown Road    Tel: 301.656.6905    www.lsslawyers.com
Suite 500                   Fax: 301.656.6906
Bethesda, MD 20814

 **LIPPMAN, SEMSKER & SALB, LLC**

## Marion Blackmon Additions and/or Corrections to the Presentence Investigation Report

Ms. Blackmon does not recall any arrest for an assault in 1986.

In addition, Ms. Blackmon is in dispute with the amount of restitution as she believes that a portion of that amount paid her medical bills from injuries in the automobile accident. We are in the process of reviewing the documentation to determine if, in fact, this is the appropriate amount of restitution.

Respectfully submitted,
Lippman, Semsker & Salb, LLC

*[signature]*

By: Lisa Winer, Esq.