**FILED**
MAR 13 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
　　　　　　　　　　　　　　 :
　　　　　v.　　　　　　　　 :　Criminal Action No.: 07-299 (RMU)
　　　　　　　　　　　　　　 :
Marion Blackmon,　　　　　 :
　　　　　Defendant.　　　　 :

### ORDER

It is this 13th day of March 2008, hereby

ORDERED a progress hearing in the above-captioned case shall take place on Sept 23, 2009 at 11 AM.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge