UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 07-0299 (RMU)** |
| | : | |
| v. | : | |
| | : | |
| **MARION BLACKMON,** | : | Status Hearing:  02/02/2012 |
| | : | |
| **Defendant.** | : | |
| | : | |
| | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE AS CO-COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that in addition to the attorneys whose appearances are already on record, the above-captioned matter is also assigned to Assistant United States Attorney Bridget Fitzpatrick, V.A. Bar Number 73221, telephone number (202) 252-7340, and this is notice of her appearance as co-counsel in this matter on behalf of the United States.

Respectfully submitted,

Ronald C. Machen Jr.
United States Attorney


_____/s/_____
Bridget Fitzpatrick
V.A. Bar Number 73221
Assistant United States Attorney
United States Attorney's Office
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252- 7340
Bridget.Fitzpatrick@usdoj.gov